**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re:   Richard G Wood | § Case No. 22-40854 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/06/2022. The undersigned trustee was appointed on 07/06/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $     34,439.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 5,018.85 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 29,420.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 10/14/2022 and the deadline for filing governmental claims was 02/01/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,193.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,193.90, for a total compensation of $4,193.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $316.21, for total expenses of $316.21.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/23/2024　　　　　　　　　　　By: /s/ Michelle H. Chow
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Bankruptcy Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

Page: 1

| Case Number: | 22-40854 BR | Trustee: | Michelle H. Chow |
| Case Name: | Richard G Wood | Filed (f) or Converted (c): | 07/06/22 (f) |
| | | §341(a) Meeting Date: | 07/29/22 |
| Period Ending: | 04/23/24 | Claims Bar Date: | 10/14/22 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Nonexempt Oil and gas Interest<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Per Schedules: "2 Oil Lease Interests 2 Oil Lease Interests with Plains Marketing, L.P. and Lime Rock Resources Operating *value listed is Harris/Cooke county" This asset nonexempt and admiinstered with other assets below, per Motion to Sell 03/15/2023 $41 and Order 4/24/2023 #43:<br>Asset #1 (this asset)<br>Asset #16 domain name<br>Asset #20 (partial) Pipe Trailers (added to amended schedules) for $7,500 and remainder of $502.35 cash/bank balances (Asset #12 13) | 5,550.00 | 5,550.00 | | 8,002.35 | FA |
| 2 | Debtor Homestead: 8321 Doe Meadow Drive Austin TX 78749 Travis County<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Debtor list lien of $19,139 and exempts remainder. | 515,524.00 | 0.00 | | 0.00 | FA |
| 3 | Chevrolet Tahoe 2002 463000 miles<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>See asset #1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Ford F-250 2005 266400 miles<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Debtor exempts this vehicle | 2,892.00 | 0.00 | | 0.00 | FA |
| 5 | Itemized Household Goods<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Per schedules: "Household goods, furnishings, appliances, hand tools, woodworking tools, and yard tools (includes items in storage)"  Fully exempted | 6,600.00 | 0.00 | | 0.00 | FA |
| 6 | Itemized Electronics<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Per schedules: "Televisions, electronics, phones, computers, and printer" Fully exempted | 1,500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| Case Number: | 22-40854 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | Richard G Wood | Filed (f) or Converted (c): | 07/06/22 (f) |
|  |  | §341(a) Meeting Date: | 07/29/22 |
| Period Ending: | 04/23/24 | Claims Bar Date: | 10/14/22 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | 2 Bicycles and 2 cameras<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Fully exempted | 500.00 | 0.00 |  | 0.00 | FA |
| 8 | 1 Shotgun, 1 rifle, and 1 pistol<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Firearms exempted to $400 and trustee abandons remaining firearm. | 500.00 | 0.00 |  | 0.00 | FA |
| 9 | Clothing, shoes, and accessories<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Fully exempted | 500.00 | 0.00 |  | 0.00 | FA |
| 10 | Jewelry<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Fully exempted | 1,000.00 | 0.00 |  | 0.00 | FA |
| 11 | 1 Dog, 4 chickens, 1 tortous, and 4 fish<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Family pet members not administered | 0.00 | 0.00 |  | 0.00 | FA |
| 12 | Cash on hand<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Administered with asset #1 | 124.00 | 124.00 |  | 0.00 | FA |

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit A

Page: 3

| Case Number: | 22-40854 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | Richard G Wood | Filed (f) or Converted (c): | 07/06/22 (f) |
|  |  | §341(a) Meeting Date: | 07/29/22 |
| Period Ending: | 04/23/24 | Claims Bar Date: | 10/14/22 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Itemized Financial Accounts<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Per schedules:<br>Checking account: Public Employees Credit Union (personal; 80) $60.17<br>Checking account: Public Employees Credit Union (personal; 41) $81.42<br>Checking account: Wells Fargo Bank (business; 2245) $212.96<br>Savings account: Public Employees Credit Union (personal; 00) $23.80<br>Other financial account: Paypal $0<br>Trustee to administer portion that is not exempt from social security proceeds<br>Administered with asset #1 | 378.35 | 378.35 |  | 0.00 | FA |
| 14 | Ultimate Structures, Inc. d/b/a Austin Custon Shades (in chapter 7 bankruptcy)<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Not administered | 0.00 | 0.00 |  | 0.00 | FA |
| 15 | Richard Wood d/b/a Playwood Outdoor Fun (sole proprietorship; closed)<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Not administered | 0.00 | 0.00 |  | 0.00 | FA |
| 16 | Domain name: playwood.com<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Administered with asset #1 | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | Social Security benefits (net monthly amount is shown)<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Fully exempted | 3,216.90 | 0.00 |  | 0.00 | FA |
| 18 | Term life insurance policy throughnon-filing spouse's employer<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Not administered | 0.00 | 0.00 |  | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

Page: 4

| Case Number: | 22-40854 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | Richard G Wood | Filed (f) or Converted (c): | 07/06/22 (f) |
|  |  | §341(a) Meeting Date: | 07/29/22 |
| Period Ending: | 04/23/24 | Claims Bar Date: | 10/14/22 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Office furniture<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Fully exempted | 100.00 | 0.00 |  | 0.00 | FA |
| 20 | Itemized Machinery, Fixtures, etc used in Business<br>Per amended schedules 08/12/2022 #31<br>See continuation sheet for amended item.<br>Woodworking equipment and tools $3,400 (per original schedules)<br>Pipe trailers (added to amended schedules) $1,000 administered with asset #1<br>Business equipment not administered | 4,400.00 | 1,000.00 |  | 0.00 | FA |
| 21 | Account Receivable - uncollectible<br>Per amended schedules 08/12/2022 #31<br>No change from original schedules 07/20/2022 #13<br>Per Schedules: "Accounts receivables from pending jobs is $33,488.00, however, it's believed to be uncollectible since the Debtor is unable to complete the necessary work" Not administered | 0.00 | 0.00 |  | 0.00 | FA |
| 22 | Itemized Nofiling Spouse Assets<br>Per amended schedules 08/12/2022 #31<br>Amendment removed 2018 Subaru Outback as it's own line item.<br>No other changes from original schedules 07/20/2022 #13<br>Per Schedules: "Non-filing spouse has the following separate property and separately managed communityproperty:-clothing, shoes, and accessories-jewelry-checking account with Bank of America-savings account with Bank of America-term life insurance policy through employer-Ricoh USA, Inc. 401(k) plan-health savings account-1983 Hunter boat" Not administered. | 0.00 | 0.00 |  | 0.00 | FA |
| 23 | 2018 Subaru Outback 22,000 miles (u)<br>Per Amended schedules 08/12/2022 #31<br>Appeared in original schedules 07/20/2022 #13 under nonfiling spouse assets list<br>In amended schedules, this vehicle is separated for it's own line item.<br>Nonfiling spouse vehicle not administered. | 24,000.00 | 0.00 |  | 0.00 | FA |

**FORM 1**  Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**  Page: 5

| Case Number: | 22-40854 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | Richard G Wood | Filed (f) or Converted (c): | 07/06/22 (f) |
| | | §341(a) Meeting Date: | 07/29/22 |
| Period Ending: | 04/23/24 | Claims Bar Date: | 10/14/22 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | Unscheduled 2021 Tax Refund (u) Unscheduled 2021 tax refund received by Debtor and to be turned over to Trustee in early 2022. Debtor's tax refund is nonexempt. | 0.00 | 24,000.00 | | 25,839.20 | FA |
| 25 | Unscheduled Miscellaneous Deposits (u) Miscellaneous deposits turned over by Debtor during case administration This asset remains open with small balance while case is open to make further misc. deposits. Small receipt in April 2023, just outside this reporting period of $335.00 | 0.00 | 597.45 | | 597.45 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$567,785.25** | **$32,649.80** | | **$34,439.00** | **$0.00** |

**Major activities affecting case closing:**
As of date TFR submitted to UST: 04/23/2024: The main asset administered was a global settlement for various nonexempt assets. Trustee filed motion to sell 03/15/2023 #41 and itemized the assets included in the sale. Proceeds already provided by Debtor and are reflected on Form 2. Debtor also turned over his 2021 tax refund and miscellaneous checks. Trustee hired counsel to assist with the sale motion and any taxing authority claims. Report of Sale on file 04/27/2024 #45. Claims reviewed/objections finalized. Trustee professional fee application filed 03/04/2023, Order granted 3/26/24 #51.

Original schedules filed 07/20/2022 #13
Amended schedule E/F 08/12/2022 #29
Amended schedules A/B 08/12/2022 #31
Amended schedule C 08/12/2021 #32

Attorney for Trustee: Larry Levick, Singer Levick PC

Form 1 balance of $567,785.25 matches amended schedules 08/12/2022 #31 (Original schedules $542,785.25. Difference is addition of 2018 Subaru Outback $24,000 and pipe trailers of $1,000)
POC dates 10/14/2022 and government date 02/01/2023

**Initial Projected Date of Final Report (TFR):** December 31, 2024   **Current Projected Date of Final Report (TFR):** December 31, 2024

_____April 23, 2024_____  /s/ Michelle H. Chow
Date  Michelle H. Chow

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 22-40854 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | Richard G Wood | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******5560 - Checking |
| Taxpayer ID#: | **-***7155 | Blanket Bond: | $300,000.00 (per case limit) |
| Period Ending: | 04/23/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/22 | Asset #1 | Richard G. Wood | Debtor buyback of nonexempt assets, cash on hand, and nonexempt bank balances | 1110-000 | 8,002.35 | | 8,002.35 |
| 03/19/23 | Asset #24 | Internal Revenue Service | 2021 tax refund received in March 2023 | 1224-000 | 25,839.20 | | 33,841.55 |
| 03/19/23 | Asset #25 | PEC | Misc. Deposit turned over by Debtor | 1290-000 | 41.45 | | 33,883.00 |
| 03/19/23 | Asset #25 | Texas Mutual | Misc. Deposiit turned over by Debtor | 1290-000 | 221.00 | | 34,104.00 |
| 04/13/23 | Asset #25 | Texas Mutual | Misc. deposit turned over to estate | 1290-000 | 335.00 | | 34,439.00 |
| 03/27/24 | 1001 | Singer Levick | Per Order 03/26/2024 #51 Trustee attorney fees and expenses | 3210-000 | | 4,228.50 | 30,210.50 |
| 03/27/24 | 1002 | Singer Levick | Per Order 03/26/2024 #51 Trustee attorney fees and expenses | 3220-000 | | 790.35 | 29,420.15 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 34,439.00 | 5,018.85 | $29,420.15 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 34,439.00 | 5,018.85 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$34,439.00** | **$5,018.85** | |

| Net Receipts: | $34,439.00 |
|---|---|
| Net Estate: | $34,439.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5560 | 34,439.00 | 5,018.85 | 29,420.15 |
| | $34,439.00 | $5,018.85 | $29,420.15 |

# Exhibit C
# Claims Register
### Case: 22-40854-BR    Richard G Wood

Total Proposed Payment: $29,420.15                                    Claims Bar Date: 10/14/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
|  | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br><br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>10/04/22 |  | $4,193.90<br>$4,193.90 | $0.00<br>$4,193.90 | $4,193.90 |
|  | Michelle H. Chow<br>16200 Addison Road, Suite 140<br>Addison, TX 75001<br><br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>10/19/22 |  | $316.21<br>$316.21 | $0.00<br>$316.21 | $316.21 |
|  | Singer Levick<br>Attn: Larry Levick<br>16200 Addison Road, Suite 140<br>Addisson, TX 76001<br><br>3210-00   Attorney for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>03/11/23 | Per Order 03/26/2024 #51<br>Trustee attorney fees and expenses | $4,228.50<br>$4,228.50 | $4,228.50<br>$0.00 | $0.00 |
|  | Singer Levick<br>Attn: Larry Levick<br>16200 Addison Road, Suite 140<br>Addisson, TX 76001<br><br>3220-00   Attorney for Trustee Expenses (Other Firm), 200 | Admin Ch. 7<br>03/11/23 | Per Order 03/26/2024 #51<br>Trustee attorney fees and expenses | $790.35<br>$790.35 | $790.35<br>$0.00 | $0.00 |
| 1 | Era ISD<br>Linebarger, Goggan, Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207<br><br>4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | Secured<br>08/11/22 | Creditor withdrew claim 04/03/2023 #42<br>Originally filed as secured; ad velorum taxes $44.15 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 2 | TEXAS WORKFORCE COMMISSION<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/19/22 | Filed as priorty and unsecured<br>Unemployment taxes<br>Priorty portion: $375.09; unsecured $3,335.05; Total claim $3,710.14 | $3,335.05<br>$3,335.05 | $0.00<br>$311.08 | $3,335.05 |
| 2 | TEXAS WORKFORCE COMMISSION<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548<br><br>5800-00   Claims of Governmental Units, 570 | Priority<br>08/19/22 | Filed as priorty and unsecured<br>Unemployment taxes<br>Priorty portion: $375.09; unsecured $3,335.05; Total claim $3,710.14 | $375.09<br>$375.09 | $0.00<br>$375.09 | $375.09 |

# Exhibit C
# Claims Register
### Case: 22-40854-BR    Richard G Wood

Total Proposed Payment: $29,420.15                                                                    Claims Bar Date: 10/14/22

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/22/22 | Filed as unsecured<br>Open ended revolving credit | $27,852.91<br>$27,852.91 | $0.00<br>$2,597.99 | $27,852.91 |
| 4 | Texas Mutual Insurance Company<br>2200 Aldrich Street<br>Austin, TX 78723<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/24/22 | Filed as unsecured<br>Insurance premium | $3,527.08<br>$3,527.08 | $0.00<br>$328.99 | $3,527.08 |
| 5 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>08/30/22 | Filed as unsecured<br>Money Loaned x7089 | $61,939.55<br>$61,939.55 | $0.00<br>$5,777.43 | $61,939.55 |
| 6 | Custom Canopies International, Inc<br>11815 Burket Street<br>Santa Fe Springs, CA 90670<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>09/23/22 | 09/23/2022 Filed as unsecured<br>09/28/2022 addtional document pdf totals the original claim $94,494.38<br>Goods manufactured and shipped<br>Richard G. Wood DBA Austin Custom Shade invoices | $94,494.38<br>$94,494.38 | $0.00<br>$8,813.99 | $94,494.38 |
| 7 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>5800-00   Claims of Governmental Units, 570 | Priority<br>09/29/22 | Filed as priority $787.37<br>7-2 4/19/2023 amended claim to zero<br>2021 income tax $500 estimate; 2022 FICA estimate 06/30/2022 period | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00 |
| 8 | Bright Bees Montessori<br>900 Nelson Ranch Road<br>Cedar Park, TX 78613<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/10/22 | Filed as unsecured<br>Advances for canopy installation | $14,439.53<br>$14,439.53 | $0.00<br>$1,346.85 | $14,439.53 |
| 9 | Old River Road RV Resort, LLC<br>PO Box 158<br>Center Point, TX 78010<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/11/22 | Filed as unsecured<br>Goods sold | $54,278.43<br>$54,278.43 | $0.00<br>$5,062.84 | $54,278.43 |
| 10 | Greater Austin Crime Commission<br>815 Brazos Street Suite 701<br>Austin, TX 78701-2509<br><br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/12/22 | Filed as unsecured<br>Deposit for goods sold and services performed | $3,171.00<br>$3,171.00 | $0.00<br>$295.78 | $3,171.00 |
| | | | **Case Total:** | **$272,941.98** | **$5,018.85** | **$267,923.13** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-40854-BR
Case Name: Richard G Wood
Trustee Name: Michelle H. Chow

**Balance on hand:** $ 29,420.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Era ISD | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 29,420.15

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michelle H. Chow | 4,193.90 | 0.00 | 4,193.90 |
| Trustee, Expenses - Michelle H. Chow | 316.21 | 0.00 | 316.21 |
| Attorney for Trustee, Fees - Singer Levick | 4,228.50 | 4,228.50 | 0.00 |
| Attorney for Trustee, Expenses - Singer Levick | 790.35 | 790.35 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 4,510.11
Remaining balance: $ 24,910.04

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 24,910.04

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $375.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | TEXAS WORKFORCE COMMISSION | 375.09 | 0.00 | 375.09 |

**UST Form 101-7-TFR (05/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 375.09 |
| Remaining balance: | $ 24,534.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $263,037.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.328 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | TEXAS WORKFORCE COMMISSION | 3,335.05 | 0.00 | 311.08 |
| 3 | Wells Fargo Bank, N.A. | 27,852.91 | 0.00 | 2,597.99 |
| 4 | Texas Mutual Insurance Company | 3,527.08 | 0.00 | 328.99 |
| 5 | Wells Fargo Bank, N.A. | 61,939.55 | 0.00 | 5,777.43 |
| 6 | Custom Canopies International, Inc | 94,494.38 | 0.00 | 8,813.99 |
| 8 | Bright Bees Montessori | 14,439.53 | 0.00 | 1,346.85 |
| 9 | Old River Road RV Resort, LLC | 54,278.43 | 0.00 | 5,062.84 |
| 10 | Greater Austin Crime Commission | 3,171.00 | 0.00 | 295.78 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 24,534.95 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
|  | **NONE** |  |  |  |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**